

GRANTED

Judge Susan Illston

1  KENNETH D. SIMONCINI, ESQ. (#145586)
2  KERRI A. JOHNSON, ESQ. (#138344)
   ASH R. MOHINDRU, ESQ. (#254219)
3  SIMONCINI & ASSOCIATES
   Attorneys At Law
4  1694 The Alameda
   San Jose, CA 95126-2219
5  Telephone:  (408) 280-7711
   Facsimile:  (408) 280-1330
6
   Attorney for Plaintiff GEORGE MORELLO
7

8
9              IN THE UNITED STATES DISTRICT COURT
10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  GEORGE MORELLO                    No. C 11-6623 SI

12              Plaintiff,            **NOTICE OF COMPLETION OF**
                                      **UNDERINSURED MOTORIST**
13                                    **ARBITRATION AND REQUEST FOR**
    vs.                               **REMOVAL OF STAY OF**
14                                    **PROCEEDINGS**
    AMCO INSURANCE COMPANY,
15  DOES 1 TO 50.

16
                Defendant.
17

18      **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**
19      **PLEASE TAKE NOTICE** that Plaintiff hereby notifies the Court that the parties have

20  completed the Underinsured Motorist Arbitration ("UIM") and a final award has been issued.

21  On May 29, 2012, this Court granted Defendant AMCO's Motion to Stay the proceedings

22  pending completion of arbitration.

23      The parties completed the Arbitration on September 06, 2012 before Craig Needham,

24  Esq.  On September 28, 2012, Arbitrator Needham issued a final award.

25      Plaintiff respectfully requests that the Court remove the stay and put this matter back on

26  calendar for initial status conference.

27  / /

28

---

1

NOTICE OF ARBITRATION COMPLETION

DATED:  October 11, 2012

**SIMONCINI & ASSOCIATES**

By:   _____
KENNETH D. SIMONCINI
KERRI A. JOHNSON
ASH R. MOHINDRU
Attorneys for Plaintiff GEORGE
MORELLO

2

NOTICE OF ARBITRATION COMPLETION

**PROOF OF SERVICE**

I certify and declare as follows:  I am over the age of 18 years, and not a party to the within action.  My business address is 1694 The Alameda, San Jose, California  95126, which is located in the county where the mailing described below took place.  On the date listed below, I served the

**NOTICE OF COMPLETION OF UNDERINSURED MOTORIST ARBITRATION AND REQUEST FOR REMOVAL OF STAY OF PROCEEDINGS**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner and/or manners described below to each of the parties herein and addressed as stated below:

Thomas M. Herlihy
John T. Burnite
Sheena V. Jain
Wilson, Elser, Moskowitz, et al.
525 Market Street, 17th Floor
San Francisco, CA  94105
Tel:   415-433-0990
Fax:   415-434-1370
*thomas.herlihy@wilsonelser.com*
*john.burnite@wilsonelser.com*
*sheena.jain@wilsonelser.com*
*Attorneys for Defendant AMCO Insurance Company*

☐ United States Postal Service, U.S. Mail, with First Class postage prepaid and deposited in sealed envelope at San Jose, California.  I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service.  Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

☒ Electronic Transmission: *thomas.herlihy@wilsonelser.com; john.burnite@wilsonelser.com; sheena.jain@wilsonelser.com*

☐ Federal Express Overnight Delivery

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 12, 2012

RENATE M. LOGAN