IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MORELLO, | No. C 11-06623 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| AMCO INSURANCE CO, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: Friday, 05/03/2013, at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is 09/13/2013.

DESIGNATION OF EXPERTS: 10/01/2013; REBUTTAL: 10/11/2013.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is 10/31/2013.

DISPOSITIVE MOTIONS **SHALL** be filed by 11/15/2013;

Opp. Due 12/02/2013; Reply Due 12/09/2013;

and set for hearing no later than Friday, 12/20/1013, at 9:00 AM.

PRETRIAL CONFERENCE DATE: Tuesday, 03/04/2014, at 3:30 PM.

JURY TRIAL DATE: Monday, 03/17/2014, at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Private mediation deadline is 04/26/2013. Parties shall notify the Court as to who their private mediator is no later than 01/31/2013.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 12/20/2012

*Susan Illston*
SUSAN ILLSTON
United States District Judge