KENNETH D. SIMONCINI, ESQ. (#145586)
KERRI A. JOHNSON, ESQ. (#138344)
ASH R. MOHINDRU, ESQ. (#254219)
SIMONCINI & ASSOCIATES
Attorneys At Law
1694 The Alameda
San Jose, CA 95126-2219
Telephone: (408) 280-7711
Facsimile: (408) 280-1330

Attorney for Plaintiff GEORGE MORELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MORELLO,<br><br>Plaintiff,<br><br>vs.<br><br>AMCO INSURANCE COMPANY, DOES 1 TO 50.<br><br>Defendant. | No. C 11-6623 SI<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING AMENDMENT OF PLAINTIFF'S COMPLAINT |

Plaintiff GEORGE MORELLO ("MORELLO"), by and through his counsel, and AMCO INSURANCE COMPANY ("AMCO"), by and through its counsel, hereby stipulate to the following amendment of Plaintiff's operative complaint for damages:

**WHEREAS,**

1. Paragraph 10 of the operative complaint states "MORELLO obtained a comprehensive Auto Insurance policy issued by AMCO INSURANCE COMPANY, (Policy Number PPA0008888252-9), effective November 01, 2007, through November 01, 2008."

2. The correct Policy Number is PPA00089013779.

//

//

//

---

1

STIPULATION AND ORDER REGARDING AMENDMENT OF PLAINTIFF'S COMPLAINT FOR DAMAGES

NOW THEREFORE,

The undersigned counsel hereby stipulate as follows:

1. To avoid unnecessary law and motion and in the spirit of judicial economy, the Parties hereby stipulate that paragraph 10 of the operative complaint is amended to reflect the correct policy number "PPA00089013779".

SO STIPULATED.

DATED: January 15, 2013

SIMONCINI & ASSOCIATES

By: _____
KENNETH D. SIMONCINI
KERRI A. JOHNSON
ASH R. MOHINDRU
Attorneys for Plaintiff GEORGE MORELLO

DATED: January 16, 2013

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP.

By: _____
JOHN T. BURNITE
SHEENA V. JAIN
Attorneys for Defendant
AMCO INSURANCE COMPANY

## [PROPOSED] ORDER

IT IS SO ORDERED that pursuant to the foregoing stipulation and good cause appearing, this Court hereby grants the parties stipulation to permit the following:

1. Paragraph 10 of the operative complaint is amended to reflect the correct policy number "PPA00089013779".

SO ORDERED.

Dated: 1/22/13

_____
Hon. Susan Illston
Judge of the District Court