AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern **District of** California

GEORGE MORELLO

    Plaintiff(s),

v.

AMCO INSURANCE COMPANY

    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV-11-6623 JST

Notice is hereby given that, subject to approval by the court, __AMCO Insurance Company__ substitutes
(Party(s) Name)

__James E. Fitzgerald__, State Bar No. __108785__ as counsel of record in
(Name of New Attorney)

place of __Wilson Elser Moskowitz Edelman & Dicker__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Stroock & Stroock & Lavan LLP
    Address: 2029 Century Park East, Suite 1600, Los Angeles, CA 90067
    Telephone: (310) 556-5831    Facsimile (310) 556-5959
    E-Mail (Optional): jfitzgerald@stroock.com; lacalendar@stroock.com

I consent to the above substitution.
Date: 5/13/13
    (Signature of Party(s))

I consent to being substituted.
Date: 5/14/13
    (Signature of Former Attorney(s))

I consent to the above substitution.
Date: 5/9/13
    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: May 17, 2013

IT IS SO ORDERED
Judge Jon S. Tigar

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]