IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MORELLO,<br><br>        Plaintiff,<br><br>   v.<br><br>AMCO INSURANCE COMPANY,<br><br>        Defendant. | Case No.: C-11-06623 WHO (JCS)<br><br>**ORDER** |

For the reasons stated on the record at the hearing, held on September 6, 2013, Plaintiff George Morello shall appear for his deposition in San Francisco on or before October 14, 2013.

IT IS SO ORDERED.

Dated: September 6, 2013

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE