IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA BERNDT, et al., | Case No.: C-03-03174 PJH |
| Plaintiffs, | **ORDER** |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

For the reasons stated on the record at the hearing, held on September 13, 2013, the Court orders as follows: Defendants shall produce net worth evidence sought by the requests at issue in the joint letter dated September 3, 2013 within ten days following the decision on summary judgment.

IT IS SO ORDERED.

Dated: September 13, 2013

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE