IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MORELLO,<br><br>        Plaintiff,<br><br>    v.<br><br>AMCO INSURANCE COMPANY,<br><br>        Defendant. | Case No.: C-11-06623 WHO<br><br>**ORDER** |

For the reasons stated on the record at the hearing, held on September 19, 2013, the Court orders as follows: (1) not later than November 27, 2013, Plaintiff shall sit for his deposition in California at a place to be designated by Defendant's counsel; (2) not later than one week from the date of this Order, the parties shall submit to Judge Orrick a stipulation continuing all dates for disclosure of expert witnesses, expert discovery cut-off, non-expert discovery cut-off, the pre-trial conference, the trial date, the dispositive motion filing date, and the dispositive motion hearing date, to dates 60 to 90 days from the currently scheduled dates; and (3) Plaintiff shall pay reasonable attorney's fees and costs incurred by Defendant in connection with the discovery dispute that resulted in the September 6, 2013 order of this Court and this Order. Not later than one week from the date of this Order, Defendants shall submit to this Court an affidavit with those reasonable

1 attorney's fees and expenses. Within a week thereafter, Plaintiff may file an opposition to the
2 reasonableness of those fees and expenses.

4 IT IS SO ORDERED.

6 Dated: September 19, 2013

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE