1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGE MORELLO, ) | Case No. CV11 06623 WHO |
| Plaintiff, ) | STIPULATION AND ORDER REGARDING AMENDMENTS TO AUGUST 13, 2013 SCHEDULING ORDER |
| vs. ) | |
| AMCO INSURANCE COMPANY, and DOES 1 TO 50, ) | |
| Defendants. ) | |

Pursuant to Magistrate Judge Spero's Order of September 19, 2013 requiring the parties to prepare a stipulation to continue the dates in the Scheduling Order of August 13, 2013 for a period of 60-90 days;

IT IS HEREBY STIPULATED by Plaintiff George Morello and Defendant AMCO Insurance Company, by and through their respective counsel of record, that the Pretrial Schedule shall be amended to reflect the following revised dates:

|                          |                                      |
| ------------------------ | ------------------------------------ |
| Discovery Cutoff:        | January 10, 2014                     |
| Expert Disclosure:       | January 24, 2014                     |
| Expert Rebuttal:         | February 7, 2014                     |
| Expert Discovery Cutoff: | February 28, 2014                    |
| Motions Filed By:        | April 16, 2014 (Heard no later than May 21, 2014) |
| Pretrial Conference:     | July 21, 2014 at 2:00 p.m.           |
| Trial:                   | August 11, 2014 at 8:30 a.m.         |

Dated:  September __, 2013

STROOCK & STROOCK & LAVAN LLP
JAMES E. FITZGERALD
ALLAN S. COHEN
BRYAN WITTLIN

By: _____
JAMES E. FITZGERALD
Attorneys for Defendant
AMCO Insurance Company

Dated:  September __, 2013

SIMONCINI & ASSOCIATES
KENNETH D. SIMONCINI
KERRI A. JOHNSON
WILLIAM A. COKE

By: _____
WILLIAM H. COKE
Attorneys for Plaintiff
George Morello

# **ORDER**

GOOD CAUSE APPEARING, the Stipulation of the parties is accepted with the exception of the date of the Pretrial Conference, which is advanced from the parties' proposal to July 14, 2014, and the August 13, 2013 Scheduling Order is amended pursuant to the Stipulation to reflect the following revised dates:

| | |
|---|---|
| Discovery Cutoff: | January 10, 2014 |
| Expert Disclosure: | January 24, 2014 |
| Expert Rebuttal: | February 7, 2014 |
| Expert Discovery Cutoff: | February 28, 2014 |
| Motions Filed By: | April 16, 2014 (Heard no later than May 21, 2014) |
| Pretrial Conference: | July 14, 2014 at 2:00 p.m. |
| Trial: | August 11, 2014 at 8:30 a.m. |

IT IS SO ORDERED.

Dated: October 1, 2013

William H. Orrick
United States District Judge