1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                       NORTHERN DISTRICT OF CALIFORNIA
10                             SAN FRANCISCO DIVISION
11

| | |
|---|---|
| GEORGE MORELLO ) | Case No. CV11 06623 WHO |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER REGARDING AMENDMENTS TO AUGUST 13, 2013 SCHEDULING ORDER |
| ) | |
| vs. ) | |
| ) | |
| AMCO INSURANCE COMPANY, and ) DOES 1 TO 50, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |

Pursuant to Magistrate Judge Spero's Order of September 19, 2013 requiring the parties to prepare a stipulation to continue the dates in the Scheduling Order of August 13, 2013 for a period of 60-90 days;

IT IS HEREBY STIPULATED by Plaintiff George Morello and Defendant AMCO Insurance Company, by and through their respective counsel of record, that the Pretrial Schedule shall be amended to reflect the following revised dates:

| | |
|---|---|
| Discovery Cutoff: | January 10, 2014 |
| Expert Disclosure: | January 24, 2014 |
| Expert Rebuttal: | February 7, 2014 |
| Expert Discovery Cutoff: | February 28, 2014 |
| Motions Filed By: | April 16, 2014 (Heard no later than May 21, 2014) |
| Pretrial Conference: | July 21, 2014 at 2:00 p.m. |
| Trial: | August 11, 2014 at 8:30 a.m. |

Dated:  September __, 2013         STROOCK & STROOCK & LAVAN LLP
                                   JAMES E. FITZGERALD
                                   ALLAN S. COHEN
                                   BRYAN WITTLIN

                                        By: _____
                                            JAMES E. FITZGERALD
                                            Attorneys for Defendant
                                            AMCO Insurance Company

Dated:  September __, 2013         SIMONCINI & ASSOCIATES
                                   KENNETH D. SIMONCINI
                                   KERRI A. JOHNSON
                                   WILLIAM A. COKE

                                        By: _____
                                            WILLIAM H. COKE
                                            Attorneys for Plaintiff
                                            George Morello

-1-

STIPULATION AND ORDER REGARDING
PRETRIAL SCHEDULE; Case No. CV-11-06623 WHO

LA 51684066v3

# **ORDER**

GOOD CAUSE APPEARING, the Stipulation of the parties is accepted with the exception of the date of the Pretrial Conference, which is advanced from the parties' proposal to July 14, 2014, and the August 13, 2013 Scheduling Order is amended pursuant to the Stipulation to reflect the following revised dates:

| | |
|---|---|
| Discovery Cutoff: | January 10, 2014 |
| Expert Disclosure: | January 24, 2014 |
| Expert Rebuttal: | February 7, 2014 |
| Expert Discovery Cutoff: | February 28, 2014 |
| Motions Filed By: | April 16, 2014 (Heard no later than May 21, 2014) |
| Pretrial Conference: | July 14, 2014 at 2:00 p.m. |
| Trial: | August 11, 2014 at 8:30 a.m. |

IT IS SO ORDERED.

Dated: October 1, 2013

_____
William H. Orrick
United States District Judge

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

-2-

STIPULATION AND ORDER REGARDING
PRETRIAL SCHEDULE; Case No. CV-11-06623 WHO

LA 51684066v3