UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GEORGE MORELLO,<br><br>Plaintiff,<br><br>v.<br><br>AMCO INSURANCE COMPANY,<br><br>Defendant. | Case No. 11-cv-06623-WHO (JCS)<br><br>**ORDER RE: ATTORNEYS' FEES**<br><br>Re: Dkt. No. 81 |
|---|---|

By Order dated September 19, 2013 (Docket No. 81), this Court awarded attorneys' fees to Defendant for the cost of its efforts to compel the deposition of Plaintiff. Both sides have now briefed the reasonableness of the fees incurred in that effort by Defendant. The Court finds the hourly rate charged to be reasonable, but the hours excessive. Accordingly, the Court awards Defendant ten (10) hours of attorney time at the rate of $350 per hour. Plaintiff shall pay Defendant $3500 within ten (10) days of this Order.

**IT IS SO ORDERED**.

Dated: November 4, 2013

JOSEPH C. SPERO
United States Magistrate Judge