UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEORGE MORELLO,

    Plaintiff,

v.

AMCO INSURANCE COMPANY,

    Defendant.

Case No. 11-cv-06623-WHO (JCS)

**DISCOVERY ORDER**

Re: Dkt. Nos. 93, 94

The Court has reviewed the letter from Plaintiff's counsel dated March 24, 2014 and the letter from Defendant's counsel dated March 25, 2014. The Court orders that any joint letter filed by the parties shall not exceed five pages. At this time, the Court is not ruling on whether any joint letter, if filed, will be timely.

**IT IS SO ORDERED.**

Dated: March 26, 2014

                                        JOSEPH C. SPERO
                                        United States Magistrate Judge