JAMES E. FITZGERALD (SBN 108785)
ALLAN S. COHEN (SBN 115532)
BRYAN M. WITTLIN (SBN 286382)
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, CA 90067
Telephone:   310-556-5800
Facsimile:   310-556-5959
lacalendar@stroock.com

Attorneys for Defendant
AMCO Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGE MORELLO,<br><br>Plaintiff,<br><br>vs.<br><br>AMCO INSURANCE COMPANY, and DOES 1 TO 50,<br><br>Defendants. | Case No. CV11 06623 WHO (DMR)<br><br>Honorable William H. Orrick<br><br>**STIPULATION RE: SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE DONNA M. RYU** AND ORDER<br><br>Date:      June 2, 2014<br>Time:     10:00 a.m.<br>Place:    U.S. District Court<br>            1301 Clay Street<br>            Oakland, CA 94612 |

1    WHEREAS the Court issued a Notice of Settlement Conference and Settlement Conference

2 Order wherein it scheduled a Settlement Conference for June 3, 2014 (Dkt. 112);

3    WHEREAS AMCO Insurance Company ("AMCO") is not available to attend the

4 Settlement Conference on June 3, 2014;

5    WHEREAS the Court ordered the parties to submit a Stipulation choosing May 27, 2014 or

6 June 2, 2014 as an alternative date for the Settlement Conference;

7    IT IS HEREBY STIPULATED by Plaintiff George Morello and Defendant AMCO

8 Insurance Company, by and through their respective counsel of record, that the Settlement

9 Conference shall be conducted on June 2, 2014 at 10:00 a.m. before Magistrate Judge Donna M.

10 Ryu.

11

12 Dated:  May 13, 2014          SIMONCINI & ASSOCIATES

13

14                  By:  _____/s/ William H. Coke_____
                              William H. Coke

15                  KENNETH D. SIMONCINI
                   KERRI A. JOHNSON
16                  WILLIAM H. COKE

17                  Attorneys for Plaintiff
                     GEORGE MORELLO

18

19

20 Dated:  May 13, 2014          STROOCK & STROOCK & LAVAN LLP

21                  By:  _____Allan S. Cohen_____
                              Allan S. Cohen

22

23                  JAMES E. FITZGERALD
                   ALLAN S. COHEN

24                  Attorneys for Defendant
                     AMCO Insurance Company

25  IT  IS SO ORDERED.

26 Parties must comply with the requirements and procedures set forth in the Settlement Conference
Order of 5/8/14, Dkt. No. 112.

27  Date: May 14, 2014          _____

28                  Donna M. Ryu United States Magistrate Judge

- 1 -