UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

George Morello

        Plaintiff(s),

  v.

AMCO Insurance Company

        Defendant(s).
_____/

No. C-11-6623-WHO (DMR)

**ORDER ALLOWING TELEPHONIC APPEARANCE AT SETTLEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

      Plaintiff, who lives in the Philippines and has quadriplegia, has requested permission to appear by telephone or Skype at the June 2, 2014 settlement conference. Defendant does not object. [Docket No. 116]. The court grants permission for Plaintiff to appear by telephone and Skype. Plaintiff must be available at all times for the duration of the settlement conference, and is solely responsible for making arrangements and providing the appropriate equipment for the appearance. Plaintiff's counsel should also bring a portable WiFi, since the court's public WiFi connection is not strong or stable enough to support Skype.

      IT IS SO ORDERED.

Dated: May 19, 2014

                                                _____
                                                DONNA M. RYU
                                                United States Magistrate Judge