UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MORELLO, | No. C-11-06623 WHO (DMR) |
| Plaintiff(s), | ORDER DENYING REQUEST TO VACATE SETTLEMENT CONFERENCE |
| v. | |
| AMCO INSURANCE CO, | |
| Defendant(s). | |

The request to vacate the June 2, 2014 Settlement Conference is denied. The parties shall be prepared to discuss the outstanding discovery ordered by Magistrate Judge Spero, as well as resolution of the case.

IT IS SO ORDERED.

Dated: May 23, 2014

DONNA M. RYU
United States Magistrate Judge