1  SJAMES E. FITZGERALD (SBN 108785)
   ALLAN S. COHEN (SBN 115532)
2  BRYAN M. WITTLIN (SBN 286382)
   STROOCK & STROOCK & LAVAN LLP
3  2029 Century Park East, Suite 1800
   Los Angeles, CA 90067
4  Telephone: 310-556-5800
   Facsimile:  310-556-5959
5  lacalendar@stroock.com

6  Attorneys for Defendant
   AMCO Insurance Company
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11 | GEORGE MORELLO,                  ) Case No. CV11 06623 WHO
                                      )
12 |        Plaintiff,                ) Honorable Donna M. Ryu
                                      )
13 |    vs.                           ) [PROPOSED] ORDER RE: LODGING OF
                                      ) CONFIDENTIAL SETTLEMENT
14 | AMCO INSURANCE COMPANY, and DOES ) CONFERENCE STATEMENT
     1 TO 50,                         )
15                                    ) Date:     June 2, 2014
            Defendants.               ) Time:     10:00 a.m.
16                                    ) Location: United States District Court
                                      )           Oakland, California
17                                    )           Courtroom of Magistrate Judge
                                      )           Donna M. Ryu (TBD)
18                                    )
                                      )
19                                    )
                                      )
20                                    )
                                      )
21 |_____ )

---

[PROPOSED] ORDER RE: LODGING OF SETTLEMENT CONFERENCE STATEMENT -Case No. CV11 06623 WHO
LA 51762693

**IT IS HEREBY ORDERED** that Plaintiff George Morello and Defendant AMCO Insurance Company are to lodge Confidential Settlement Letters by May 30, 2014 at 9:00 a.m.

Dated:  O c{ "4; ."4236

IT IS SO ORDERED
Donna M. Rhu
United States Magistrate Judge

Judge Donna M. Ryu

Respectfully submitted,

SIMONCINI & ASSOCIATES

By: */s/ William Coke*
William Coke
Attorneys for Plaintiff George Morello

STROOCK & STROOCK & LAVAN LLP

By: */s/ Allan S. Cohen*
Allan S. Cohen
Attorneys for AMCO Insurance Company