1  AKIN GUMP STRAUSS HAUER & FELD LLP
   JAMES E. FITZGERALD (STATE BAR NO. 108785)
2  BRYAN M. WITTLIN (STATE BAR NO. 286382)
   2029 Century Park East, Suite 2400
3  Los Angeles, California 90067
   Telephone:   310-229-1000
4  Email:       jefitzgerald@akingump.com

5  Attorneys for Defendant
   AMCO Insurance Company
6

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORIA**

| | |
|---|---|
| GEORGE MORELLO, | ) Case No. 3:11-CV-06623 WHO |
|  | ) |
| Plaintiff, | ) NOTICE OF WITHDRAWAL AND |
|  | ) SUBSTITUTION OF COUNSEL FOR |
| vs. | ) DEFENDANT AMCO INSURANCE |
|  | ) COMPANY; ORDER |
| AMCO INSURANCE COMPANY | ) |
|  | ) |
| Defendant. | ) |

TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, Defendant AMCO Insurance Company here substitutes the law firm AKIN GUMP STRAUSS HAUER & FELD LLP in place of STROOCK & STROOCK & LAVAN LLP as their counsel of record in this action.

Withdrawing counsel for Defendant Nationwide Mutual Insurance Company is:

> STROOCK & STROOCK & LAVAN LLP
> 2029 Century Park East
> Los Angeles, CA 90067-3086
> Telephone:    310-556-5800
> Facsimile:    310-556-5959
> Email: *lacalendar@stroock.com*

All future pleadings, orders, notices and communications should be served upon the following substituted counsel for Defendant AMCO Insurance Company:

> AKIN GUMP STRAUSS HAUER & FELD LLP
> JAMES E. FITZGERALD (State Bar No. 108785)
> 2029 Century Park East, Suite 2400
> Los Angeles, CA 90067
> Telephone:    310-229-1000
> Email: *jefitzgerald@akingump.com*

AMCO Insurance Company; Stroock & Stroock & Lavan LLP; and Akin Gump Strass Hauer & Feld LLP each consents to this substitution.  AMCO Insurance Company consents to Stroock & Stroock & Lavan LLP's withdrawal as its counsel in this Action.

STROOCK & STROOCK & LAVAN LLP

By:  /s/ Allan S. Cohen

AKIN GUMP STRAUSS HAUER & FELD LLP

By:  /s/ James E. Fitzgerald

### E-FILING ATTESTATION

I, James E. Fitzgerald, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5.1(i)(3), I hereby attest that each of the signatories identified above have concurred in this filing.

By:  /s/ James E. Fitzgerald

### ORDER

The above withdrawal and substitution of counsel is approved.

IT IS SO ORDERED.

Dated: October 16, 2015    By:  [signature]

The Honorable William H. Orrick
United States District Judge

- 2 -

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL
FOR DEFENDANT AMCO INSURANCE COMPANY

LA 51916073
207466564